**THALER LAW**
Jesse J. Thaler SBN 278463
17011 Beach Blvd. Fl. 9
Huntington Beach, CA 92647
Telephone: (570)470-6155
Email: jessejthaler@gmail.com

Attorney for Plaintiff
Pravin O. Desai

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pravin O. Desai,<br><br>        Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; LINCOLN LIFE & ANNUITY COMPANY OF NEW YORK; FIRST PENN-PACIFIC LIFE INSURANCE COMPANY; and DOES 1 through 25, inclusive,<br><br>        Defendants. | **CASE NO.:** 1:20-cv-00058-DAD-JLT<br><br>*[Removed from Kern County Superior Court Case No. BCV-19-103309]*<br><br>**STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE FOR 30 DAYS** |

This Stipulation is entered into by and between the counsel of record for plaintiff Pravin O. Desai ("Plaintiff") and Defendants The Lincoln National Life Insurance Company, Lincoln Life and Annuity Company, and First Penn-Pacific Life Insurance Company ("Defendant "). Plaintiff and Defendants are collectively referred to as the "Parties."

WHEREAS, Plaintiff filed the Complaint in this action on November 25, 2019 in the Superior Court of California for the County of Kern;

WHEREAS, Defendant timely removed the action to United States District Court for the Eastern District of California on January 9, 2020;

WHEREAS, the Court set a Scheduling) Conference for April 6, 2020 (Dkt#2);

WHEREAS, the Parties have been actively engaged in settlement discussions;

WHEREAS, the Parties agree that judicial economy and the interests of the Parties in avoiding unnecessary expenses and in resolving the litigation would be best served and

promoted by continuing the Rule 26(f) Conference currently set for April 6, 2020 approximately thirty (30) days as the parties continue settlement discussions;

WHEREAS, the Parties agree that no party will be prejudiced by a short continuance of the Scheduling Conference;

WHEREAS, if the Parties cannot finalize a global settlement, Plaintiff intends to immediately file a motion to remand;

NOW, THEREFORE, the Parties hereby agree and stipulate to request that the Court continue the Scheduling Conference currently set for April 6, 2020 for approximately thirty (30) days to May 4, 2020 or such other date that is convenient for the Court.

THALER LAW

Dated: March 19, 2020

By: /s/ Jesse J. Thaler_____

Jesse J. Thaler,    Attorney for Plaintiff

HINSHAW & CULBERTSON, LLP

Dated: March 19, 2020

By: /s/ Misty A. Murray (as authorized on 3/12/20)

Misty A. Murray,    Attorney for Defendant

[~~PROPOSED~~] **ORDER**

Based upon the stipulation of the parties, the Court **ORDERS:**

1. The mandatory scheduling conference is continued to May 4, 2020 at 9:30 a.m.

IT IS SO ORDERED.

Dated: **March 19, 2020**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE**
1026894\305380586.v1