UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| PRAVIN O. DESAI,<br><br>    Plaintiff,<br><br>    v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No.: 1:20-cv-00058-DAD-JLT<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME<br>(Doc. 21)<br><br>ORDER CONTINUING SCHEDULING CONFERENCE |
|---|---|

On August 24, 2020, the Court entered an order granting attorney Jesse James Thaler's motion to withdraw as counsel for plaintiff. (Doc. 20.) The Court directed plaintiff to inform the court within fourteen days of the date of service of that order whether he intends to continue prosecuting the action and, if so, whether he intends to obtain substitute counsel or represent himself. (Id. at 4-5.) Mr. Desai has requested an additional 15 days to "file its responses, Complaints and related documents and 60 days to retain another attorney. (Doc. 21.) Notably, there is no motion pending or other filing required at this time. Moreover, there is no deadline for the plaintiff to retain counsel. He may do so at his convenience, but the Court expects that until he hires a lawyer, that he must prosecute the action himself or face the likelihood that the case will be dismissed for his failure to prosecute this action.

The Court will, however, continue the scheduling conference to November 20, 2020 at 9:00 a.m. This will allow the plaintiff enough time to either hire a new lawyer or to do the work needed in advance of the scheduling conference. Thus, the Court **ORDERS**:

1. The plaintiffs' request for an extension of time to file unnamed pleadings and to hire an attorney (Doc. 23) is DENIED;

2. The scheduling conference is CONTINUED to November 20, 2020 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **September 23, 2020**              **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE