# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAVIN O. DESAI,<br><br>          Plaintiff,<br><br>     vs.<br><br>THE LINCOLN NATIONAL LIFE, et al.,<br><br>          Defendants. | Case No. 1:20-cv-00058-DAD-JLT<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>(Doc. 38) |

Having reviewed the Parties' Stipulation to Continue the Settlement Conference currently scheduled date, June 4, 2021, and for good cause shown, the Court **ORDERS**:

1. The Settlement Conference is **CONTINUED** to July 19, 2021 at 10:00 a.m. The conference will proceed via video conference, and the Court will provide the details as the date approaches.

IT IS SO ORDERED.

Dated: **May 21, 2021** _/s/ Jennifer L. Thurston_
 CHIEF UNITED STATES MAGISTRATE JUDGE