**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRAVIN O. DESAI,<br><br>        Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; LINCOLN LIFE & ANNUITY COMPANY OF NEW YORK; FIRST PENN-PACIFIC LIFE INSURANCE COMPANY; and DOES 1 through 25, inclusive,<br><br>        Defendants. | Case No. 1:20-cv-00058-DAD-BAK (SAB)<br><br>**ORDER GRANTING JOINT REQUEST FOR STATUS OF RULING ON THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT AND CONTINUANCE OF THE PRE-TRIAL DATES PENDING THE COURT'S ISSUANCE OF A RULING**<br><br>Complaint Filed:  November 25, 2019<br>Discovery C/O:   August 30, 2021<br>Motion C/O:       March 15, 2022<br>Pre-trial Conf:    June 27, 2022<br>Trial:               Not Set |

[PROPOSED] ORDER GRANTING JOINT REQUEST FOR STATUS OF RULING ON THE PARTIES' CROSS-MOTIONS AND CONTINUANCE OF THE PRE-TRIAL DATES
Case No. 1:20-cv-00058-DAD-BAK (SAB)
1026894\309792254.v1

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

### [PROPOSED] ORDER

Having reviewed the Parties' Joint Request, and for good cause shown, IT IS HEREBY ORDERED THAT:

[*Should the Court anticipate a ruling will not be issued on the Parties' pending cross-motion for summary judgment in early January 2022*]

- The Dispositive Motion Filing Deadline is continued from February 1, 2022 to April 4, 2022;
- The Dispositive Motion Hearing Deadline is continued from March 15, 2022 to May 16, 2022;
- The Joint Pre-Trial Statement Filing Deadline is continued from June 20, 2022 to August 22, 2022;
- The Pre-trial Conference is continued from June 27, 2022 to August 29, 2022.

All other deadlines and orders set forth in the Court's Scheduling Order dated November 17, 2020 (Dkt#24) stand.

IT IS SO ORDERED.

Dated: __January 21, 2022__

_____
UNITED STATES MAGISTRATE JUDGE

1
[PROPOSED] ORDER GRANTING JOINT REQUEST FOR STATUS OF RULING ON THE PARTIES' CROSS-MOTIONS AND CONTINUANCE OF THE PRE-TRIAL DATES
Case No. 1:20-cv-00058-DAD-BAK (SAB)
1026894\309792254.v1

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800