Michael A.S. Newman (SBN CA 205299)
mnewman@hinshawlaw.com
Hinshaw & Culbertson LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone:   213-680-2800
Facsimile:   213-614-7399

Attorneys for Defendants
The Lincoln National Life Insurance Company, Lincoln Life & Annuity Company of New York, and First Penn-Pacific Life Insurance Company

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAVIN O. DESAI,<br><br>          Plaintiff,<br><br>     vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; LINCOLN LIFE & ANNUITY COMPANY OF NEW YORK; FIRST PENN-PACIFIC LIFE INSURANCE COMPANY; and DOES 1 through 25, inclusive,<br><br>          Defendants. | Case No. 1:20-cv-00058-DAD-BAK (SAB)<br><br>**ORDER CONTINUING PRE-TRIAL DATES**<br><br>Complaint Filed:   11/25/19<br>Discovery C/O:     August 30, 2021<br>Motion C/O:         April 4, 2022<br>Pre-trial Conf:      August 29, 2022<br>Trial:                    Not Set |

**ORDER**

Based on the Joint Stipulation of the parties, and good cause appearing therefor, IT IS ORDERED that:

- The Dispositive Motion Filing Deadline is continued from April 4, 2022, to **November 4, 2022**;
- The Dispositive Motion Hearing Deadline is continued from May 16, 2022, to **December 20, 2022, at 9:30 a.m.**;
- The Joint Pre-Trial Statement filing deadline currently set for August 22, 2022, is continued to **March 20, 2023**;
- The Pretrial Conference currently set for August 29, 2022, is continued to **March 27, 2023, at 1:30 p.m.**

IT IS SO ORDERED.

Dated:   **April 27, 2022**

UNITED STATES MAGISTRATE JUDGE