UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAVIN O. DESAI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, et al.,<br><br>　　　　　Defendants. | No. 1:20-cv-00058-DAD-BAK (SAB)<br><br>ORDER DIRECTING THE PARTIES TO SUBMIT A JOINT STATUS REPORT REGARDING A BRIEFING SCHEDULE ON THE PENDING MOTIONS FOR SUMMARY JUDGMENT |

On April 22, 2022, the parties filed a joint stipulation to continue pretrial deadlines (Doc. No. 50), which the assigned magistrate judge granted on April 27, 2022. (Doc. No. 52.) Pursuant to that order amending the schedule governing this action, the new deadline to file dispositive motions is November 4, 2022. (*Id.*)

In their stipulation, the parties stated that they "have filed cross-motions for summary judgment and are currently awaiting the Court's ruling on the motions." (Doc. No. 50 at 2.) The undersigned notes, however, that those pending motions for summary judgment have not been fully briefed.

The docket in this action reflects that on March 31, 2021, plaintiff Desai, at the time proceeding *pro se*, filed a document that purports to be a "Motion for Summary Judgment," though it appears to be photocopies of request for admissions and other documents with hand-written notes sporadically jotted throughout the 115-page document. (Doc. No. 32.) Two days

1

later, on April 2, 2021, defendants filed a motion for summary judgment.  (Doc. No. 33.) Defendants also filed an opposition to plaintiff's motion on April 12, 2021, which largely repackages the arguments they made in their own motion for summary judgment.  (Doc. No. 35.) Plaintiff, however, did not file an opposition or a statement of non-opposition to defendants' motion for summary judgment, nor did plaintiff file a reply to defendants' opposition to his motion.  On April 27, 2021, defendants filed a one-page reply in support of their motion for summary judgment, noting plaintiff's failure to comply with the Local Rules and that "[o]n this basis alone, the Court has authority to grant [their] Motion."  (Doc. No. 36 at 2.)

Three days after defendants' reply was filed, an attorney filed a notice of appearance as counsel of record for plaintiff in this action.  (Doc. No. 37).  Plaintiff's counsel did not seek any relief from the court on behalf of plaintiff related to the pending motions for summary judgment, e.g., to request an extension of time to file a supplement to plaintiff's *pro se* motion for summary judgment or request an extension of time to respond to defendants' motion for summary judgment.  Importantly, the Local Rules—both in effect at the time and as recently amended in March 2022—required plaintiff, as the responding party, to file either an opposition or a statement of non-opposition to defendants' motion for summary judgment.  *See* L.R. 230(c) ("A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question.").

Accordingly, the court hereby directs the parties to meet and confer regarding a proposed briefing schedule to complete the briefing on the pending motions for summary judgment.  The parties shall file a joint status report within fourteen (14) days from the date of this order advising the court of the parties' joint proposed briefing schedule, or if the parties are unable to stipulate to a schedule, then the parties shall advise the court of their respective positions in this regard.

IT IS SO ORDERED.

Dated:  **April 27, 2022**

UNITED STATES DISTRICT JUDGE