UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAVIN O. DESAI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, *et al*.<br><br>　　　　　Defendants. | Case No. 1:20-cv-00058-ADA-CDB<br><br>ORDER ON STIPULATION CONTINUING PRE-TRIAL DATES<br><br>(ECF No. 71) |

　　　　On January 9, 2020, this action was removed from Superior Court of California, County of Kern by Plaintiff Pravin O. Desai ("Plaintiff"). (ECF No. 1). The parties filed cross motions for summary judgment motions (ECF No. 32-33, 56) that were fully briefed on August 5, 2022.

　　　　Trial of the case has not been scheduled. On April 27, 2022, the Court issued an order continuing the pretrial conference to March 27, 2023. (ECF No. 52).

　　　　On December 14, 2022, the parties filed a stipulation requesting the Court continue the pretrial dates. The parties assert that a further continuance is warranted because trial may be moot depending on the Court's ruling on the parties' pending motions for summary judgment, and the parties wish to avoid "significant time and costs" anticipated to be incurred during trial preparation in the meantime. (ECF No. 71).

　　　　Based on the parties' stipulation and for good cause shown, it is HEREBY ORDERED:

　　　　1. The joint pretrial statement filing deadline is continued to November 17, 2023; and

2. The pretrial conference is continued to December 4, 2023.

IT IS SO ORDERED.

Dated:   **December 16, 2022**

_____
UNITED STATES MAGISTRATE JUDGE