# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAVIN O. DESAI, | § |
| | § |
| Plaintiff, | § |
| v. | § CIVIL ACTION NO. 1:20-cv-58-LHR-CDB |
| | § |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, et al., | § |
| | § |
| Defendants. | § |

## FINAL JUDGMENT

For the reasons set out in this court's Memorandum and Order entered on June 4, 2024 this civil action is dismissed with prejudice. This is a final judgment.

SIGNED on June 4, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge